# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Lucindo Diaz-Hernandez,<br>a.k.a. Lucindo Daiz-Hernandez,<br>A 077 749 371<br>*Defendant* | )<br>)<br>) Case No. 09-382 M<br>)<br>)<br>) |

DOA 7/26/09

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 26, 2009, Lucindo Diaz-Hernandez, an alien, was found in the United States of America at or near Stanfield, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about October 19, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Elaine Whiffen, P.S. for AUSA Melissa Karlen

☒ Continued on the attached sheet.

*Complainant's signature*
Ricardo Guerrero
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 29, 2009

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Ricardo Guerrero, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent with the Bureau of Customs and Border Protection. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 26, 2009, Border Patrol Agents D. Tompt, C. Jackson, G. Ducote, and E. Haldeman from the Casa Grande Border Patrol Station encountered six (6) individuals near Stanfield, Arizona. They identified themselves as Border Patrol Agents and performed an immigration inspection of the individuals as to their citizenship and nationality. All of the individuals, including one later identified as Lucindo Diaz-Hernandez, admitted to being citizens and nationals of Mexico, unlawfully present in the United States. Diaz-Hernandez was transported to the Casa Grande Border Patrol Station for further investigation and processing. Diaz-Hernandez was held in administrative custody until documents from his immigration file could be obtained and his identity confirmed.

3. Immigration history checks revealed Diaz-Hernandez to be a citizen and national of Mexico and a previously deported criminal alien. Diaz-Hernandez was removed from

1

the United States to Mexico, through El Paso, Texas, on or about October 19, 2001, pursuant to a final order of removal issued by an immigration official. There is no record of Diaz-Hernandez in any Department of Homeland Security database to suggest that Diaz-Hernandez obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Diaz-Hernandez' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Diaz-Hernandez was convicted on May 14, 2001, in the Superior Court, in the State of New Mexico, of Possession with Intent to Distribute 100 kilograms or more of Marijuana, a felony, and was sentenced to twelve (12) months plus one (1) day imprisonment and three (3) years supervised released. Diaz-Hernandez' criminal history was matched to him by electronic fingerprint comparison.

5. On July 26, 2009, Diaz-Hernandez was advised of his Miranda rights by Border Patrol Agent C. Jackson and witnessed by Border Patrol Agent E. Haldeman. Diaz-Hernandez acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 26, 2009, Lucindo Diaz-Hernandez, an alien, was found in the United States

of America at or near Stanfield, in Pinal County, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about October 19, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) enhanced by (b)(1).

_____
Ricardo Guerrero
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 29th day of July, 2009.

_____
Michelle H. Burns
United States Magistrate Judge